# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, <br><br> Applicant, <br><br> vs. <br><br> NATIONAL FINANCIAL SERVICES LLC, <br><br> Respondent. | Case No. _____ <br><br> **APPLICANT'S NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS IN RESPONSE TO SUBPOENA** |

TO:   National Financial Services LLC
       c/o William Ballon, Registered Agent
       23C Lincoln Place, Suite C
       North Brunswick, New Jersey 08902

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Applicant COR Clearing, LLC ("COR Clearing"), will move before the Court for an Order to Show Cause why Respondent National Financial Services LLC ("NFS") should not be compelled to comply with COR Clearing's subpoena served on December 8, 2015.

PLEASE TAKE FURTHER NOTICE that in support of its Motion, COR Clearing will rely upon the accompanying Memorandum of Law, and exhibits.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order granting the relief requested is submitted herewith.

Dated: December 31, 2015            By: s/Robert P. Gammel
                                     Robert P. Gammel
                                     Law Offices of Jan Meyer
                                     & Associates, P.C.
                                     1029 Teaneck Road, 2nd Flr.
                                     Teaneck, New Jersey 07666
                                     rgammel@janmeyerlaw.com
                                     (201) 862-9500

*LOCAL COUNSEL TO APPLICANT COR CLEARING, LLC*

By: s/ Michael T. Hilgers
Michael T. Hilgers
Andrew R. Graben
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
agraben@goberhilgers.com

*ATTORNEYS FOR APPLICANT COR CLEARING LLC, LLC*