# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) ) | Civil Action No. 2:15-cv-8981-JLL-JAD |
| Applicant, | ) ) | **DISCLOSURE STATEMENT** |
| vs. | ) ) ) | |
| NATIONAL FINANCIAL SERVICES LLC, | ) ) ) | |
| Respondent. | ) | |

The undersigned counsel for applicant COR Clearing, LLC, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: January 5, 2016

By: s/Robert P. Gammel
Robert P. Gammel
Law Offices of Jan Meyer
& Associates, P.C.
1029 Teaneck Road, 2nd Flr.
Teaneck, New Jersey 07666
rgammel@janmeyerlaw.com
(201) 862-9500
***LOCAL COUNSEL TO APPLICANT COR CLEARING, LLC***

By: s/ Michael T. Hilgers
Michael T. Hilgers
Andrew R. Graben
**GOBER HILGERS PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@goberhilgers.com
agraben@goberhilgers.com

***ATTORNEYS FOR APPLICANT COR CLEARING, LLC***